IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS - EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| PARKASH TALWAR, | ) | Case No. 11-16504 |
| | ) | |
| Debtor. | ) | Honorable Jacqueline P. Cox |

**COVER SHEET FOR FINAL APPLICATION FOR PROFESSIONAL
COMPENSATION OF AMARI & LOCALLO**

| | |
|---|---|
| Name of Applicant: | Amari & Locallo |
| Authorized to Provide Professional Services to: | Debtor |
| Date of Order Authorizing Employment: | June 30, 2011 |
| Period for Which Compensation is Sought: | June 30, 2011 to Oct. 31, 2011 |
| Amount of Fees Sought: | $ 9,654.29 |
| Amount of Expense Reimbursement Sought: | $ 0.00 |
| This is an: | Interim Application __ |
| | Final Application    X  |

If this is not the first application filed herein by this professional, disclose as to all prior fee applications:

| Date Filed | Period Covered | Total Requested Fees and Expenses | Total Allowed | Any Amount Ordered Withheld |
|---|---|---|---|---|
| | | | | |
| | | | | |

The aggregate amount of fees and expenses paid to the Applicant to date for services rendered and expenses incurred herein is: $9,654.29

Applicant:  Amari & Locallo

Dated: October 31, 2011                By: /s/ Paul M. Bauch

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS - EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| PARKASH TALWAR, | ) | Case No. 11-16504 |
| | ) | |
| Debtor. | ) | Honorable Jacqueline P. Cox |

## NOTICE OF APPLICATION

PLEASE TAKE NOTICE that on November 22, 2011, at 9:30 a.m., we shall appear before the Honorable Jacqueline P. Cox, or any judge sitting in her stead, in courtroom 619, at 219 South Dearborn Street, Chicago, Illinois 60604, and then and there present the *Final Application for Allowance of Compensation to Amari & Locallo, Special Real Estate Tax Counsel for the Debtor in Possession*. The Application seeks an award of compensation to Amari & Locallo in the amount of $9,654.29. The Application and detailed statement of services for which compensation is sought will be on file with the United States Bankruptcy Court for the Northern District of Illinois – Eastern Division and will be available at http://www.ilnb.uscourts.gov/ and upon request to the undersigned.

Dated: October 31, 2011                    PARKASH TALWAR,

                                           By: /s/ Paul M. Bauch
                                               One of His Attorneys

Paul M. Bauch (ARDC # 6196619)
Carolina Y. Sales (ARDC # 6287277)
BAUCH & MICHAELS, LLC
53 W. Jackson Boulevard, Suite 1115
Chicago, Illinois 60604
Tel: (312) 588-5000
Fax: (312) 427-5709

**CERTIFICATE OF SERVICE**

   The undersigned attorney certifies that on October 31, 2011, he caused this document to be served upon the persons identified on the attached service list by ❏ personally delivering a copy to the recipient at his or her respective address before 4:00 P.M; or ☒ mailing a copy to the recipient at his or her respective address by depositing the same in United States Post Office Box with proper first class postage affixed thereto; or ❏ personally delivering a copy to the recipient at his or her respective facsimile transmittal number, this transmittal being sent from a facsimile machine at 312-427-5709, and a copy of the facsimile transmittal record being attached hereto; or, ☒ electronically delivering a copy through the Court's CM/ECF filing system.

                     /s/ Paul M. Bauch

**SERVICE LIST**

*VIA CM/ECF:*

Jose G. Moreno on behalf of Citimortgage, Inc.,
nd-one@il.cslegal.com

Roman Sukley, U.S. Trustee
U.S. Department of Justice
roman.l.sukley@usdoj.gov

Patrick S Layng on behalf of
USTPRegion11.ES.ECF@usdoj.gov

William J. Factor and Sara E. Lorber on behalf of DirectBuy, Inc.
wfactor@wfactorlaw.com
slorber@wfactorlaw.com

*SERVED BY U.S. MAIL:*

| | | | |
|---|---|---|---|
| American Express<br>c/o Becket and Lee, LLP<br>PO Box 3001<br>Malvern, PA 19355-0701 | American Honda Finance<br>Attn: Bankruptcy<br>3625 W Royal Ln., Ste. 200<br>Irving, TX 75063 | Bank of America<br>PO Box 17054<br>Wilmington, DE 19850 | Bullaro & Carton, P.C.<br>200 N. LaSalle St., #2500<br>Chicago, IL 60601 |
| Citgo Oil/Citibank<br>Attn:Centralized Bankruptcy<br>PO Box 20432<br>Kansas City, MO 64195 | Citimortgage, Inc.<br>PO Box 9438<br>Gaithersburg, MD 20898 | Cook County Treasurer<br>118 N. Clark St.<br>Chicago, IL 60602 | Dept. of the Treasury-IRS<br>Centralized Insolvency Operations<br>PO Box 21126<br>Philadelphia, PA 19114 |
| Young Jae Kim & Eun Ok Shu<br>1177-1179 Elmhurst Road<br>Des Plaines, IL 60016 | DuPage Treasurer<br>421 N. County Farm Road<br>Wheaton, IL 60187-2553 | Gemb/care Credit<br>PO Box 981439<br>El Paso, TX 79998 | Illinois Dept. of Revenue<br>Bankr. Section-Level 7-425<br>100 W Randolph St<br>Chicago, IL 60601 |

| | | | |
|---|---|---|---|
| Nicor Gas<br>Attn:Bankruptcy Department<br>PO Box 190<br>Aurora, IL 60507 | McGrath Lexus of Westmont<br>500 E. Ogden Ave.<br>Westmont, IL 60559 | Suburban Bank & Trust<br>150 East Butterfield Road<br>Elmhurst, IL 60126 | Master Craft Cleaners<br>1175 Elmhurst Road<br>Des Plaines, IL 60016 |
| Mayer Y. Silber<br>Internal Revenue Service<br>200 W Adams Street<br>Suite 2300<br>Chicago, IL 60606 | Thomas Kentner<br>Bank of Shorewood<br>700 West Jefferson St.<br>Shorewood, IL 60404 | Dr. Tin Hla<br>7809 Joliet Dr. South<br>Tinley Park, IL 60477 | Next Level Marketing, Inc.<br>1607 Pontius Ave<br>Los Angeles, CA 90025 |
| Ascension Capital Group, Inc.<br>Attn: BMW Financial Services NA,<br>P.O. Box 201347<br>Arlington, TX 76006 | Toyota Motor Credit Corp.<br>PO Box 8026<br>Cedar Rapids, IA 52408-8026 | American Honda Finance<br>P.O. Box 168088<br>Irving, TX 75016-8088 | Honda Financial Services<br>Bankruptcy Dept.<br>P.O. Box 168088<br>Irving, TX 75016 |
| Elmhurst Road Properties<br>c/o Daniel L. Hess<br>400 W. Roosevelt, Unit 2W<br>Wheaton, IL 60187 | Good Friends, Inc.<br>1181-1185 Elmhurst Road<br>Des Plaines, IL 60016 | Radio Shack/Tandy Corp.<br>1191 S. Elmhurst Road<br>Des Plaines, IL 60016 | Knauz BMW of Lake Bluff<br>407 Skokie Valley Hwy.<br>Lake Bluff, IL 60044 |

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS - EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| PARKASH TALWAR, | ) | Case No. 11-16504 |
| | ) | |
| Debtor. | ) | Honorable Jacqueline P. Cox |

**FINAL APPLICATION FOR ALLOWANCE OF COMPENSATION TO AMARI
AND LOCALLO AS SPECIAL REAL ESTATE TAX COUNSEL
TO THE DEBTOR IN-POSSESSION**

Amari & Locallo is submitting this Final Fee Application. By this Final Fee Application of Amari & Locallo ("Applicant") for Compensation (the "Application"), as Special Counsel for Parkash Talwar, Debtor, and Debtor-in-Possession (the "Debtor"), for the 2010 real estate assessment reduction secured in 2011, the Applicant respectfully represents:

## I.    SUMMARY OF RELIEF REQUESTED

1.    Applicant submits this Application pursuant to (i) Sections 327 and 328(a) of Title 11, 11 U.S.C. § 101 et seq. (the "Bankruptcy Code") and (ii) the Employment Order (as defined below), seeking an entry of an order allowing compensation for the successful reduction of the 2010 proposed assessment in connection with the Debtor's Chapter 11 case. Specifically, Applicant seeks allowance of compensation for services rendered reducing the proposed 2010 assessment in the amount of $9,654.29, as set forth in the Agreement between Debtor and Amari & Locallo (the "Retention Agreement," attached hereto as Exhibit A) for the period from June 30, 2011 to October 31, 2011 (the "Application Period.")

2.    As a result of Applicant's work, the proposed 2010 assessment was reduced by 92,079 per year for three years and will result in real estate tax saving, as defined in the

"Retention Agreement" of $57,914.17. At 16.67% of savings, Amari & Locallo has earned the attached contingency fee of $9,654.29.

## II.     JURISDICTION

3.     The Court has jurisdiction over this Application pursuant to 28 U.S.C §§ 157 and 1334. This Application constitutes a core proceeding within the meaning of 28 U.S.C. § 157(b)(2)(A) and (B). Venue of this proceeding is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

## III.     BACKGROUND

4.     Pursuant to the employment order entered on June 30, 2011 (ECF No. 43) (the "Employment Order") and as described in the Retention Application, the Debtor is authorized to pay Applicant the following:

**In Matters Before the Local Assessor and/or Board of Review:**
If an assessment reduction is secured for more than one year in the Triennial, the fee will be 16.67% of the total tax savings.

If an assessment reduction is secured for only one year, the fee will be 25.00% of the total tax savings.

Total tax savings are determined by multiplying the yearly assessment reduction by the last ascertainable equalized tax rate applicable to the subject property times the number of years of savings. Fees are due upon notification of a reduction in the assessed valuation. Subsequent sale of Property, or termination of this contract does not relieve Client of these obligations. Co-Counsel will share in fees earned at these administrative levels (1/3).

*See Exhibit A.*

5.     In accordance with the Employment Order, Applicant respectfully submits this Fee Application requesting approval from the Court for its fees in the amount of $9,654.29.

## IV.     DESCRIPTION OF APPLICANT

6.     Amari & Locallo is an Illinois law firm who represents real estate property owners to secure fair and equitable real estate tax assessments. Anthony M. Farace and his support staff including Joseph F. Locallo, III, were responsible for the legal services provided to the Debtor relative to the subject property commonly known as 1171-1191

2

Elmhurst Road, Elk Grove Village, Illinois and referred to as Property Index Number 08-24-102-026. Anthony M. Farace is a partner with Amari and Locallo and was admitted to the Illinois bar in 1993. Mr. Farace's practice is confined exclusively to handling real estate tax assessment matters for real estate owners in Cook and the collar counties. Mr. Farace has extensive experience in advocating a broad range of real estate tax matters before Assessors, Board's of Review and the Illinois Property Tax Appeal Board. Joseph F. Locallo III was admitted to the Illinois bar in 2009.

### V. DESCRIPTION OF SERVICES RENDERED

7.  Upon Applicant's retention, Applicant has successfully caused the 2010 assessment to be reduced resulting in significant real estate tax savings.

### VI. SERVICES WERE NECESSARY AND BENEFICIAL

8.  Applicant submits that the services it provided, as described above, were necessary and beneficial at the time rendered.

9.  Applicant's involvement in the process was necessary to ensure that the Debtor pays a fair and equitable 2010 real estate tax bill for the subject property.

### VII. THE FEE IS COMMENSURATE WITH FEES OUTSIDE OF BANKRUPTCY

10. Applicant's contingency fee request is commensurate with compensation awarded for comparable services outside of bankruptcy.

### VIII. LEGAL ANALYSIS

11. Applicant was retained by the Debtor pursuant to Sections 105(a), 327 and 328(a) of the Bankruptcy Code. Section 328(a) of the Bankruptcy Code states that "the trustee, or a committee appointed under section 1102 of this title, with the court's approval, may employ or authorize the employment of a professional person under section 327 or 1103

3

of this title, as the case may be, on any reasonable terms and conditions of employment, including on a retainer, on an hourly basis, or on a contingent fee basis." 11 U.S.C. § 328(a).

12. Applicant's Retention Agreement was "pre-approved" by this court pursuant to 11 U.S.C § 328(a).

13. The Applicant further submits that its fees were deemed reasonable at the time of its Retention Application by all parties.

14. Amari & Locallo respectfully submits that, Applicant's requested fees should be deemed reasonable as set forth in its Retention Agreement.

## IX.     CONCLUSION

15. Applicant respectfully submits that its Retention Agreement was pre-approved by the Court and that there were no developments not capable of being anticipated that may disrupt the agreed upon fees set forth in the Retention Agreement.

WHEREFORE, Applicant respectfully requests that the Court enter an order; (i) granting this Application; (ii) awarding and ordering payment from the estate of all fees for legal services rendered to the Debtor for the duration of Applicant's engagement in the amount of $9,654.29; (iii) directing the Debtor to pay Applicant's fee from his DIP account; and (iv) granting such other and further relief as is just and proper.


Dated: October 31, 2011                    Respectfully submitted,

                                           PARKASH TALWAR,

                                           By: /s/ Paul M. Bauch
                                                One of His Attorneys

4

Paul M. Bauch (ARDC # 6196619)
Carolina Y. Sales (ARDC # 6287277)
BAUCH & MICHAELS, LLC
53 W. Jackson Boulevard, Suite 1115
Chicago, Illinois 60604
Tel: (312) 588-5000
Fax: 312-427-5709

5